**EXHIBIT A**
**FULL NAMES OF 15 UNNAMED PLAINTIFFS**

Pursuant to paragraph 16 of the Second Amended Complaint, the identities of the plaintiff representatives of the putative class are provided below in redacted form. Simultaneously with the filing of the Amended Complaint, Plaintiffs have filed pursuant to Local Rule 7.02 a Motion to Seal with an unredacted copy of Exhibit A.

The following are the names of the plaintiff representatives of the putative class identified in the Amended Complaint:

Paragraph 17:     CR1 - T⬛ W⬛
Paragraph 18:     CR2 - C⬛ D⬛
Paragraph 19:     CR3 - J⬛ O⬛
Paragraph 20:     CR4 - J⬛ H⬛
Paragraph 21:     CR5 - W⬛ M⬛
Paragraph 22:     CR6 - T⬛ D⬛
Paragraph 23:     CR7 - D⬛ W⬛
Paragraph 24:     CR8 - G⬛ M⬛
Paragraph 25:     CR9 - L⬛ D⬛
Paragraph 26:     CR10 - A⬛ S⬛
Paragraph 27:     CR11 - F⬛ J⬛
Paragraph 28:     CR12 - T⬛ J⬛
Paragraph 29:     CR13 - S⬛ W⬛
Paragraph 30:     CR14 – T⬛ F⬛

Paragraph 31: CR15 – K███ B███