# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD/ANDERSON DIVISION

| | |
|---|---|
| Disability Rights South Carolina and 15 Unnamed Plaintiffs as Class Representatives on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Richland County, <br><br> Defendant. | Civil Action No. 8:22-cv-01358-MGL-WSB <br><br> **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

The undersigned counsel for Plaintiff respectfully requests protection from trial or other court appearance from March 28 – April 1, 2025, April 9 – 11, 2025, and August 15 – September 5, 2025, due to family vacation plans. This request does not affect any currently scheduled appearances or deadlines and will not cause any undue delay in the case.

Respectfully submitted by:

s/Stuart Andrews
Stuart Andrews (Fed. Bar No. 1099)
BURNETTE SHUTT & MCDANIEL, PA
Post Office Box 1929
Columbia, South Carolina 29202
Tel: 803.904.7915 |   Fax: 803.904.7910
sandrews@burnetteshutt.law

**ATTORNEYS FOR PLAINTIFFS**

March 13, 2025
Columbia, South Carolina

1