# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, *individually;* and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., *as Class Representatives on behalf of themselves and others similarly situated,* | C/A No. 8:22-1358-MGL |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Richland County, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiffs and the Defendant hereby stipulate that any and all claims in the above-captioned action are dismissed without prejudice against the Defendant. The Plaintiff and the Defendant further agree that this action may be reinstated by the Plaintiffs by filing a motion on or before November 3, 2025, and the Defendant shall not oppose a motion to reinstate this action filed by that date. The parties agree and understand that the action will be reinstated in the same posture that the case was in at the time of the Stipulation of Dismissal, with the same pleadings in effect at the time of this dismissal and with all existing orders of the Court reinstated.

The parties maintain all their rights in their respective pleadings that exist at the time of this Stipulation. Upon reinstatement, it is specifically agreed that the parties shall maintain and not waive any of their respective claims or defenses. The parties further agree that the Plaintiffs will not rely on this Stipulation or the reinstatement to assert any new claims not already asserted in their Second Amended Complaint, and the Defendant will not rely on this Stipulation or the reinstatement to assert any new affirmative defenses not already asserted in its Answer to Second

Amended Complaint.  The Defendant agrees not to assert a statute of limitations or laches defense based on this Stipulation and the reinstatement.

                        *s/ Stuart M. Andrews*
                        STUART M. ANDREWS          #1099
                        NEKKI SHUTT                        #6530
                        ASHLEY PENNINGTON          #3035
                        BURNETTE SHUTT & MCDANIEL, P.A.
                        912 Lady Street, 2nd Floor
                        Post Office Box 1929
                        Columbia, South Carolina 29202
                        (803) 904.7915
                        Email: SAndrews@BurnetteShutt.Law
                        Email: NShutt@BurnetteShutt.Law
                        Email: APennington@BurnetteShutt.law
                        Email: SCox@BurnetteShutt.Law

                        *Counsel for Plaintiffs*

                        *s/ A. Johnston Cox*
                        JOHN T. LAY, JR.                   #5539
                        A. JOHNSTON COX                #6534
                        LINDSAY A. JOYNER            #11557
                        J. CLAYTON MITCHELL, III   #11739
                        GALLIVAN, WHITE & BOYD, P.A.
                        1201 Main Street, Suite 1200
                        Post Office Box 7368
                        Columbia, South Carolina 29202
                        Email: jlay@gwblawfirm.com
                        Email: jcox@gwblawfirm.com
                        Email: ljoyner@gwblawfirm.com
                        Email: cmitchell@gwblawfirm.com

                        *s/ Andrew F. Lindemann*
                        ANDREW F. LINDEMANN        #5070
                        LINDEMANN LAW FIRM, P.A.
                        5 Calendar Court, Suite 202
                        Post Office Box 6923
                        Columbia, South Carolina 29260
                        (803) 881-8920
                        Email: andrew@ldlawsc.com

                        *Counsel for Defendant Richland County*

September 26, 2025
Columbia, South Carolina