AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, *individually*; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., *as Class Representatives on behalf of themselves and others similarly situated*,<br>*Plaintiffs*<br>v.<br>RICHLAND COUNTY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   8:22-cv-01358-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ summary judgment is entered in favor of the defendant, Richland County, as to the inadequate mental health treatment claims brought by Disability Rights South Carolina, J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B in the first and second causes of action. The plaintiffs, Disability Rights South Carolina, individually; and J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, shall take nothing of the defendant, Richland County, and this action is dismissed with prejudice as to those claims.

■ summary judgment is entered in favor of the defendant, Richland County, as to the Eighth Amendment claims in the second cause of action. The plaintiffs, Disability Rights South Carolina, individually; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, shall take nothing of the defendant, Richland County, and this action is dismissed with prejudice as to those claims.

■ summary judgment is entered in favor of the defendant, Richland County, as to the third cause of action. The plaintiffs, Disability Rights South Carolina, individually; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, shall take nothing of the defendant, Richland County, and this action is dismissed with prejudice as to that cause.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having heard and granted in part the defendant's motion for summary judgment.

Date:   September 26, 2025                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                      *s/Charles L. Bruorton*
                                                                                                                      *Signature of Clerk or Deputy Clerk*