IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, *individually;* and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., *as Class Representatives on behalf of themselves and others similarly situated,* ) ) ) ) ) ) | Civil Action No. 8:22-1358-MGL |
| Plaintiffs, ) | **MOTION TO REINSTATE** |
| v. | |
| Richland County, | |
| Defendant. | |

This matter was previously dismissed without prejudice with the consent of all parties pursuant to Federal Rule of Civil Procedure 41(a)(1). Pursuant to the Stipulation of Dismissal Without Prejudice (Dkt. No. 221), Plaintiffs hereby move with the consent of the Defendant to reinstate this case in the same posture that the case was in at the time of the Stipulation of Dismissal, with the same pleadings in effect at the time of this dismissal and with all existing orders of the Court reinstated.

*s/ Stuart M. Andrews*
STUART M. ANDREWS         #1099
NEKKI SHUTT              #6530
ASHLEY PENNINGTON        #3035
BURNETTE SHUTT & MCDANIEL, P.A.
912 Lady Street, 2nd Floor
Post Office Box 1929
Columbia, South Carolina 29202
(803) 904.7915

Email: SAndrews@BurnetteShutt.Law
Email: NShutt@BurnetteShutt.Law

Email: APennington@BurnetteShutt.law
Email: SCox@BurnetteShutt.Law

*Counsel for Plaintiffs*

*s/ A. Johnston Cox*
JOHN T. LAY, JR.              #5539
A. JOHNSTON COX               #6534
LINDSAY A. JOYNER             #11557
J. CLAYTON MITCHELL, III      #11739
GALLIVAN, WHITE & BOYD, P.A.
1201 Main Street, Suite 1200
Post Office Box 7368
Columbia, South Carolina 29202
Email: jlay@gwblawfirm.com
Email: jcox@gwblawfirm.com
Email: ljoyner@gwblawfirm.com
Email: cmitchell@gwblawfirm.com

*s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN           #5070
LINDEMANN LAW FIRM, P.A.
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendant Richland County*

November 3, 2025

2