IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, *individually*; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>) | CA: 8:22-cv-01358-MGL |
| Plaintiffs, | )<br>) | **FIFTH AMENDED**<br>**SCHEDULING ORDER** |
| v. | )<br>) | |
| RICHLAND COUNTY, | )<br>) | |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the following schedule is established for this case.

1. In accordance with Rule 23(c)(2)(A), a proposed Notice to Class Members shall be filed with the Court by **March 24, 2026** and provided to class members by **April 3, 2026**.

2. Factual Discovery shall be completed no later than **June 15, 2026**. This date also serves as the close of evidentiary period for trial, other than factual evidence or expert opinions provided otherwise in this order. However, **July 15, 2026** is the deadline for supplementing factual discovery in response to discovery responses served after **May 15, 2026**, including the naming of fact witnesses or noticing depositions. The purpose of the supplemental deadline is to allow the opposing party to name witnesses, produce documents, or otherwise supplement discovery for the limited purpose of responding to the discovery responses or documents produced after **May 15, 2026**. The deadline for taking depositions associated with the supplemental factual discovery deadline listed above is **August 3, 2026**. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Lewis in an attempt to resolve the matter informally. **The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to Lewis_ecf@scd.uscourts.gov.**

3. Discovery regarding expert witnesses shall be completed no later than **August 17, 2026**; however, that deadline is to be further delineated as follows:
   Experts complete site visit: **July 1-10, 2026**;
   Plaintiffs' experts' supplemental reports due two weeks after visit: **July 17-24, 2026**;

       Defendant's experts' supplemental reports due two weeks after Plaintiffs'
experts' reports: **August 1-10, 2026**;
Expert depositions: **August 9-17, 2026**.

4. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **July 30, 2026**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

5. Motions in limine must be filed no later than **August 31, 2026**. Written responses are due seven (7) days thereafter.

6. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **August 3, 2026**. (Fed.R.Civ.P.16(b)(3)(A)).

7. No later than **August 31, 2026**, the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

8. Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05). Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

9. This case is subject to being called for jury selection and/or trial on or after **September 14, 2026**.

                                              s/Mary Geiger Lewis
                                              MARY GEIGER LEWIS
                                              UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 4, 2025