## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENWOOD/ANDERSON DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, *individually*; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F. and K.B., *as Class Representatives on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>RICHLAND COUNTY,<br><br>Defendant. | Civil Action No. 8:22-cv-01358-MGL<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS** |

Sarah J. M. Cox, attorney for Plaintiffs in this matter, hereby moves pursuant to Local Rule 83.1.07, D.S.C., for this Court to issue an Order allowing her to withdraw as counsel for Plaintiffs.

The undersigned will be on an extended medical leave after December 19, 2025. Plaintiffs will not be prejudiced if the Court allows the undersigned to withdraw from this matter as they will continue to be represented by three other counsel of record and the law firm of Burnette Shutt & McDaniel, P.A. Plaintiffs' other attorneys consent to this Motion as does Plaintiff Disability Rights South Carolina.

The undersigned has not obtained explicit consent from the Individual Plaintiffs in this matter because these individuals are currently incarcerated or otherwise not available on the relatively short notice presented. The undersigned hereby certifies that pursuant to Local Rule 83.1.07(B)(3), D.S.C., that the Individual Plaintiffs have been provided with a copy of the Motion and an explanation of the right to object to withdrawal. These letters inform the Individual Plaintiffs of the date the Motion is being filed, state that any response

must be received by the Court within seventeen days of the filing date and provide that their response may be submitted in the form of a signed letter.

Pursuant to Local Rule 7.02, D.S.C., the undersigned certifies that she has conferred with counsel for Defendant and they have indicated their consent to this Motion.

Accordingly, the undersigned asks the Court to grant this Motion and allow her to withdraw from this case for good cause shown.

Respectfully submitted by:

s/Sarah J.M. Cox
Sarah J.M. Cox (Fed. Bar No. 13166)
BURNETTE SHUTT & MCDANIEL, PA
Post Office Box 1929
Columbia, South Carolina 29202
Tel: 803.904.7930 |   Fax: 803.904.7910
scox@burnetteshutt.law

**ATTORNEYS FOR PLAINTIFFS**

December 16, 2025
Columbia, South Carolina