IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Disability Rights South Carolina, *individually*, and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | Case No.  8:22-cv-01358-MGL-BM  **NOTICE OF APPEARANCE** |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| Richland County, | ) | |
| Defendant. | | |

       John F. Kuppens, of the firm of Nelson Mullins Riley & Scarborough, LLP, hereby enters his appearance as counsel for Plaintiffs, Disability Rights South Carolina, individually, and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, in the above-captioned matter.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ John F. Kuppens*
    John F. Kuppens
    Federal Bar No. 5026
    E-Mail: john.kuppens@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

*Attorneys for Plaintiffs*

Columbia, South Carolina
January 30, 2026