# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD/ANDERSON DIVISION

| | |
|---|---|
| Disability Rights South Carolina and 15 Unnamed Plaintiffs as Class Representatives on behalf of themselves and other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Richland County, <br><br> Defendant. | Civil Action No. 8:22-cv-01358-MGL-WSB <br><br> **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S NOTICE OF DEATH AND MOTION TO DISMISS C.D.'S CLAIMS** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6.01, Plaintiffs respectfully move the Court for a fourteen (14) day extension of their deadline to file a response to Defendant's Notice of Death and Motion to Dismiss C.D.'s Claims (ECF No. 231.)

Plaintiffs' counsel has consulted with Defendant's counsel about this extension, and Defendant's counsel consents to the extension. Defendant filed the Notice of Death and Motion to Dismiss on January 23, 2026, making Plaintiffs' response due February 20, 2026, with the extension.

Respectfully submitted,

/s John F. Kuppens_____
John F. Kuppens [Fed. Bar No. 5026]
B. Rush Smith III [Fed. Bar No. 5031]
Cory E. Manning [Fed. Bar No. 9697]
NELSON MULLINS RILEY & SCARBOROUGH
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 799-2000
Facsimile: (803) 256-7500
john.kuppens@nelsonmullins.com
rush.smith@nelsonmullins.com
cory.manning@nelsonmullins.com

1

        Stuart M. Andrews [Fed. Bar No. 1099]
        Nekki Shutt [Fed. Bar No. 6530]
        Ashley Pennington [Fed. Bar No. 3035]
        BURNETTE SHUTT & MCDANIEL, PA
        Post Office Box 1929
        Columbia, SC 29202
        Telephone: (803) 904-7915
        Facsimile: (803) 904-7910
        sandrews@burnetteshutt.law
        nshutt@burnetteshutt.law
        apennington@burnetteshutt.law

*Counsel for Plaintiffs*

**WE SO CONSENT**:

/s A. Johnston Cox
John T. Lay, Jr. [Fed. Bar No. 5539]
A. Johnston Cox [Fed. Bar No. 6534]
Lindsay A. Joyner [Fed. Bar No. 11557]
J. Clayton Mitchell, III [Fed. Bar No. 11739]
Eleanor L. Jones [Fed. Bar No. 13437]
GALLIVAN, WHITE & BOYD, P.A.
1201 Main Street, Suite 1200
Post Office Box 7368
Columbia, SC 29202
jlay@gwblawfirm.com
jcox@gwblawfirm.com
ljoyner@gwblawfirm.com
cmitchell@gwblawfirm.com
ejones@gwblawfirm.com

*Counsel for Defendant*

Columbia, SC
February 3, 2026

2