# Exhibit A

## (Proposed Order on Notice of Settlement in Principle and Motion to Stay)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION**

| | | |
|---|---|---|
| Disability Rights South Carolina, *individually*; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., *as class representatives on behalf of themselves and others similarly situated*, | ) ) ) ) ) | Civil Action No. 8:22-cv-01358-MGL |
| | ) | **[PROPOSED] ORDER** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Richland County, | ) ) | |
| Defendant. | ) | |

The parties have given notice that they have reached a settlement in principle for the resolution of this action.  The settlement is subject to authorization by the Richland County Council, and Federal Rule of Civil Procedure Rule 23 requires a class action settlement to be approved and establishes certain procedures for the approval process.

According to the Fifth Amended Scheduling Order, this action is subject to trial on or after September 14, 2026.  The parties have requested relief from the deadlines in the Fifth Amended Scheduling Order and a continuance of the trial.

Upon joint motion of the parties, for good cause shown, and effective July 19, 2026, the Court hereby stays all deadlines in the Fifth Amended Scheduling, to include a continuance of the trial scheduled for September 2026, and all deadlines will be held in abeyance pending completion of the requisite settlement process.

IT IS SO ORDERED.

_____
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
_____, 2026