**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON/GREENWOOD DIVISION**

| | | |
|---|---|---|
| Disability Rights South Carolina, *individually*; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., *as class representatives on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Richland County,<br><br>Defendant. | ) | Civil Action No. 8:22-cv-01358-MGL<br><br>**JOINT STATUS REPORT** |

The Parties respectfully submit this Joint Status Report pursuant to the Court's August 31, 2026 Text Order (ECF No. 277):

1. On July 21, 2026, the Parties filed their Notice of Settlement in Principle and Consent Motion to Stay All Deadlines and Continue the Trial, advising the Court that they had reached a settlement in principle and were in the process of finalizing the settlement documents. (ECF No. 275).

2. The Parties further advised that the settlement documents were anticipated to be submitted to Richland County Council for consideration at its August 25, 2026 meeting and that, following execution, the parties would proceed with the Rule 23 approval process.

3. On July 23, 2026, the Court entered an Order granting the Parties' request to stay all deadlines and continue the September 2026 trial, with all deadlines to remain in abeyance pending the completion of the settlement process. (ECF No. 276).

4. On August 31, 2026, the Court entered a Text Order directing the Parties to provide a status update by September 3, 2026.

5. The Parties continue to work in good faith to finalize the remaining terms of the settlement agreement. Although the settlement has not yet been fully consummated, the Parties remain actively engaged in completing the final agreements.

6. The Parties presently expect that the finalized settlement agreements will be presented to the Richland County Council for consideration at its September 15, 2026 meeting.

7. The Parties respectfully request that the existing stay remain in effect while they complete the settlement process and will promptly advise the Court when the settlement documents have been finalized and the Parties are prepared to proceed with the applicable approval process.

***SIGNATURE PAGE ATTACHED***

Respectfully submitted by:

**BURNETTE SHUTT & MCDANIEL, P.A.**

s/ *Stuart M. Andrews*
Stuart M. Andrews, Fed. Bar No. 1099
Nekki Shutt, Fed. Bar No. 6530
Ashley Pennington, Fed. Bar No. 3035
Post Office Box 1929
Columbia, SC 29202
(803) 904-7915
sandrews@burnetteshutt.law
nshutt@burnetteshutt.law
apennington@burnetteshutt.law

– and –

**NELSON MULLINS RILEY & SCARBOROUGH**

John F. Kuppens, Fed. Bar No. 5026
B. Rush Smith, III, Fed. Bar No. 5031
Cory E. Manning, Fed. Bar No. 9697
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
john.kuppens@nelsonmullins.com
rush.smith@nelsonmullins.com
cory.manning@nelsonmullins.com

*Counsel for Plaintiff*

**GALLIVAN, WHITE & BOYD, P.A.**

s/ *J. Clayton Mitchell, III*
John T. Lay, Jr., Fed Bar No. 5539
A. Johnston Cox, Fed Bar No. 6534
Lindsay A. Joyner, Fed Bar No. 11557
J. Clayton Mitchell, III, Fed Bar No. 11739
Eleanor L. Jones, Fed Bar No. 13437
1201 Main Street, Suite 1200 (29201)
Post Office Box 7368
Columbia, South Carolina 29202
(803) 779-1833
jlay@gwblawfirm.com
jcox@gwblawfirm.com
ljoyner@gwblawfirm.com
cmitchell@gwblawfirm.com
ejones@gwblawfirm.com

– and –

**LINDEMANN LAW FIRM, P.A.**

Andrew F. Lindemann, Fed Bar No. 5070
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
andrew@ldlawsc.com

*Counsel for Defendant Richland County*

September 2, 2026