**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON/GREENWOOD DIVISION**

Disability Rights South Carolina, *individually*; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., *as class representatives on behalf of themselves and others similarly situated*,

Plaintiffs,

v.

Richland County,

Defendant.

Civil Action No. 8:22-cv-01358-MGL

**JOINT STATUS REPORT**

The Parties respectfully submit this Joint Status Report pursuant to the Court's September 3, 2026 Text Order directing the Parties to provide an updated status report following the anticipated presentation of the settlement agreements to Richland County Council:

1. As previously reported, the Parties reached a settlement in principle and have continued working in good faith to finalize the settlement agreements and complete the settlement process. The Court previously stayed all deadlines and continued the September 2026 trial pending completion of that process.

2. On September 15, 2026, the finalized settlement agreements were presented to Richland County Council. Council approved the agreements and authorized the appropriate County representatives to execute the finalized agreements on behalf of Richland County.

3. The settlement agreements have not yet been executed. The Parties are presently completing the execution process.

4. Following execution, the settlement agreement resolving the claims of the certified Class will be filed with the Court in connection with an unopposed motion pursuant to Federal

Rule of Civil Procedure 23(e) seeking preliminary approval of the class settlement and approval of the proposed class notice and notice process.

5. The separate settlement agreement resolving the claims of Disability Rights South Carolina will be filed as an exhibit to the Class Action Settlement Agreement.

6. The Parties presently anticipate filing the Rule 23(e) motion no later than October 1, 2026.

7. The Parties respectfully request that the existing stay remain in effect while they complete execution of the settlement agreements and proceed with the settlement-approval process.

***SIGNATURE PAGE ATTACHED***

Respectfully submitted by:

**BURNETTE SHUTT & MCDANIEL, P.A.**

s/ *Stuart M. Andrews*
Stuart M. Andrews, Fed. Bar No. 1099
Nekki Shutt, Fed. Bar No. 6530
Ashley Pennington, Fed. Bar No. 3035
Post Office Box 1929
Columbia, SC 29202
(803) 904-7915
sandrews@burnetteshutt.law
nshutt@burnetteshutt.law
apennington@burnetteshutt.law

– and –

**NELSON MULLINS RILEY & SCARBOROUGH**

John F. Kuppens, Fed. Bar No. 5026
B. Rush Smith, III, Fed. Bar No. 5031
Cory E. Manning, Fed. Bar No. 9697
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
john.kuppens@nelsonmullins.com
rush.smith@nelsonmullins.com
cory.manning@nelsonmullins.com

*Counsel for Plaintiff*

**GALLIVAN, WHITE & BOYD, P.A.**

s/ *J. Clayton Mitchell, III*
John T. Lay, Jr., Fed Bar No. 5539
A. Johnston Cox, Fed Bar No. 6534
Lindsay A. Joyner, Fed Bar No. 11557
J. Clayton Mitchell, III, Fed Bar No. 11739
Eleanor L. Jones, Fed Bar No. 13437
1201 Main Street, Suite 1200 (29201)
Post Office Box 7368
Columbia, South Carolina 29202
(803) 779-1833
jlay@gwblawfirm.com
jcox@gwblawfirm.com
ljoyner@gwblawfirm.com
cmitchell@gwblawfirm.com
ejones@gwblawfirm.com

– and –

**LINDEMANN LAW FIRM, P.A.**

Andrew F. Lindemann, Fed Bar No. 5070
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
andrew@ldlawsc.com

*Counsel for Defendant Richland County*

September 16, 2026