AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

DISABILITY RIGHTS SOUTH CAROLINA, *individually*; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., *as Class Representatives on behalf of themselves and others similarly situated*,

*Plaintiff*

v.

Richland County,

*Defendant*

Civil Action No. 8:22-cv-01358-MGL

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ summary judgment is entered for defendant, Richland County, as to the inadequate mental health treatment claims brought by Disability Rights South Carolina, J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B in the first and second causes of action. The plaintiffs, Disability Rights South Carolina, individually; and J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, shall take nothing of the defendant, Richland County, and this action is dismissed with prejudice as to those claims.

■ summary judgment is entered for the defendant, Richland County, as to the Eighth Amendment claims in the second cause of action. The plaintiffs, Disability Rights South Carolina, individually; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, shall take nothing of the defendant, Richland County, and this action is dismissed with prejudice as to those claims.

■ summary judgment is entered for the defendant, Richland County, as to the third cause of action. The plaintiffs, Disability Rights South Carolina, individually; and C.D., J.O., J.H., W.M., T.D., L.D., A.S., F.J., T.J., T.F., and K.B., as Class Representatives on behalf of themselves and others similarly situated, shall take nothing of the defendant, Richland County, and this action is dismissed with prejudice as to that cause.ms.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge.

Date: September 30, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/ Jack Bingham

*Signature of Clerk or Deputy Clerk*